# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gedion W. Teklewolde,

    Plaintiff(s),

vs.

State of N.C., N.C. State Police,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07cv57

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/16/07 Order.

Signed: October 19, 2007

Frank G. Johns, Clerk
United States District Court